**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6970**

GEORGE LEE EDWARD HURD, JR.,

             Petitioner - Appellant,

     v.

WARDEN, FCI ESTILL,

             Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.   Richard Mark Gergel, District Judge.  (0:11-cv-00602-RMG)

Submitted:  February 9, 2012     Decided:  February 13, 2012

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George Lee Edward Hurd, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Lee Edward Hurd, Jr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hurd v. Warden, No. 0:11-cv-00602-RMG (D.S.C. May 24, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2